UNITED STATES DISTRICT COURT
<u>WESTERN</u>    DISTRICT OF <u>TENNESSEE</u>
EASTERN DIVISION

Loretta Jones
244 Southern Street
Jackson, TN 38301
SSN: 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
    Plaintiff,

v.                                    Civil Action No. 05-1202

Jo Anne B. Barnhart
Commissioner of
Social Security,
    Defendant.

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's brief; because the government consents to the extenions of time; because this is Plaintiff's first request for an extension of time; and because additional time is needed to adequately brief this case,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including November 11, 2005, to file a brief in support of her appeal.

_____
District Court Judge
13 October 2005

-1-


This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/17/05



Approved for entry:

_____
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joe Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 12th day of October, 2005.

_____
Roger Stanfield

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01202 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT