UNITED STATES DISTRICT COURT
WESTERN       DISTRICT OF TENNESSEE
EASTERN DIVISION

Loretta Jones
    Plaintiff,

v.   Civil Action No: 05-1202

Jo Anne B. Barnhart
Commissioner of
Social Security,
    Defendant.

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's brief; and, because the Assistant United States Attorney representing the government in this matter consents to the additional time requested,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including December 10, 2005 to file a brief in support of her appeal.

_____
District Court Judge

10 November 2005



-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/16/05

Approved for entry:

_____
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joe B. Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 10th day of November, 2005, postage prepaid.

_____
Roger Stanfield

-2-

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01202 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT